# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Melissa Myers | Case No.: 1:10-cv-558-SS |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| B&T Financial Services, LLC, | |
| Defendant. | |

Now comes Plaintiff, by and through counsel, to give notice that the parties have reached a settlement of this matter. Although all settlement documents are not yet executed, Plaintiff expects to file a Notice of Dismissal within 45 days.

RESPECTFULLY SUBMITTED,

By: /s/ Bryan Fears
Bryan Fears, Bar # 24040886
Macey & Aleman, P.C. – Of Counsel
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
Telephone: (214)-890-0711
Email: fears@fnlawfirm.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2010, Defendant was served with a copy of this Notice by United States Mail addressed as follows:

B&T Financial Services, LLC
c/o Ronald S. Canter, Esquire
The Law Offices of Ronald S. Canter, LLC
11300 Rockville Pike
Suite 1200
Rockville, MD 20852