UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Melissa Myers | Case No.:  1:10-cv-558-SS |
| Plaintiff, | |
| v. | NOTICE OF DISMISSAL WITH PREJUDICE |
| B&T Financial Services, LLC, | |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

By: /s/ Bryan Fears
   Bryan Fears, Bar # 24040886
   Macey & Aleman, P.C. – Of Counsel
   4925 Greenville Avenue, Suite 715
   Dallas, TX 75206
   Telephone: (214)-890-0711
   Email: fears@fnlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2010, my firm served Defendant with a copy of this Notice by United States Mail addressed as follows:

B&T Financial Services, LLC
c/o Ronald S. Canter, Esquire
The Law Offices of Ronald S. Canter, LLC
11300 Rockville Pike
Suite 1200
Rockville, MD 20852

                                                /s/ Bryan Fears