IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MELISSA MYERS,
        Plaintiff,

-vs-                                                               Case No. A-10-CA-558-SS

B&T FINANCIAL SERVICES, LLC,
        Defendant.

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Notice of Dismissal filed by the plaintiff in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Notice of Dismissal is GRANTED in all respects and this lawsuit is hereby DISMISSED with prejudice.

SIGNED this the 6th day of December 2010.

/s/ Sam Sparks
UNITED STATES DISTRICT JUDGE